■ ALAN KRIEGER et al., Individually and on Behalf of Themselves and All Other Shareholders of Warner Computer Systems, Inc., Respondents, v WARNER COMPUTER SYSTEMS, INC., et al., Appellants. (Action No. 1.) ALAN KRIEGER et al., Respondents, v HARVEY KRIEGER et al., Appellants. (Action No. 2.) — Order, Supreme Court, New York County (Tyler, J.), entered November 6, 1981, denying the motion of defendants in Action No. 2 to dismiss the complaint, unanimously modified, on the law, by directing that Warner Computer Systems, Inc. be joined as a party defendant in Action No. 2, and, as modified, affirmed, without costs. The plaintiffs in Action No. 2 request, alternatively, that the disputed shares be transferred to Warner Computer Systems, Inc. Since Warner's interest in the disputed shares is adverse to the personal interest in those shares of Alan, Gerald and Harvey Krieger, that corporation should be joined as a necessary party defendant to protect its interest. (CPLR 1001, subd [a]; 1003.) Order, Supreme Court, New York County (Tyler, J.), entered on or about December 4, 1981, granting plaintiffs' application for consolidation of Action Nos. 1 and 2 to the extent of ordering a joint trial of said actions, unanimously affirmed, with costs. Concur — Murphy, P. J., Ross, Lupiano, Fein and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MARSHALL, Appellant. — Judgment, Supreme Court, New York County (Aarons, J.), rendered on February 7, 1977, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.